Article 666–41, V.A.P.C., sets the penalty for a first offender against the liquor laws at not less than $100 nor more than $1,000 or not more than one year in jail or both.

Article 61, V.A.P.C., provides for double the punishment upon a subsequent conviction for the same misdemeanor offense.

The fact that the appellant stipulated and testified that he was the same individual who had been convicted in the prior case alleged for enhancement differentiates this case from the one upon which the appellant relies and removes any question as to the correctness of the court's charge.

Finding no reversible error, the judgment of the trial court is affirmed.

Bascom **GILES**

v.

**STATE.**

No. 28016.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Small, Small & Craig, Austin, for appellant.

Leon B. Douglas, State's Atty., Austin for the State.

PER CURIAM.

Agreeing to accept a bribe is the offense; the punishment, 6 years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.